**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 23-cr-133 |
| | : | |
| v. | : | |
| | : | |
| KYLE BLANCO, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Kyle Blanco ("BLANCO"), stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty: Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), and Voyeurism, in violation of 22 D.C. Code 3531(b)(1) and (f)(1).

### Statement of Facts

On March 30, 2022, BLANCO was inside a bathroom at American University's McDowell Hall, a dormitory located on the University's campus in the District of Columbia. On that date, BLANCO placed his backpack on the floor of a stall and propped his red Apple iPhone up onto or against his backpack. BLANCO angled the phone such that the camera lens pointed into an adjoining stall at Victim 1, a young woman who was using the bathroom. Once BLANCO noticed that Victim 1 spotted his phone, he quickly picked it up. Victim 1, who did not consent to having BLANCO observe her using the bathroom, nor record her doing so, reported the offense to American University Police.

On April 5, 2022, the American University Police Department executed a search warrant at the residence of BLANCO, which was a room in McDowell Hall, located on the University's D.C. campus. BLANCO's red Apple iPhone and MacBook Air were seized pursuant to the execution of the search warrant.

While law enforcement was inventorying the property seized from BLANCO's room, law enforcement opened BLANCO's MacBook Air, which was manufactured outside the District of Columbia, to locate identifying information including model and serial number. When in the open position, an image of a young woman, Victim 2, was on the screen. The image showed Victim 2 using a bathroom stall at American University in the District of Columbia. Victim 2 can be seen in a squatted position, bending over, and her gray slacks are pulled down to her knees. This image was created on March 15, 2022. Law enforcement was able to identify Victim 2. Victim 2 was not aware that BLANCO had observed her using the bathroom, and she did not consent to him observing her using the restroom, nor recording her doing so.

A review of the device revealed a third image of a young woman, Victim 3, using a bathroom stall at American University in the District of Columbia. This image was created on March 25, 2022. Victim 3 was identified by law enforcement. Victim 3 was not aware that BLANCO had observed her using the bathroom, and she did not consent to him observing her using the restroom, nor recording her doing so.

BLANCO's Apple MacBook Air also contained files and folders with names indicative of Child Sexual Abuse Material. An initial review of this digital device revealed numerous videos of minor females in various states of undress and fully nude. Some of these videos depict the minors spreading their buttocks and/or exposing their genitals or pubic area for the camera. In total, BLANCO's MacBook Air contained over 1,000 combined videos and images depicting

child pornography, with creation dates indicating that the first of these images was created on April 10, 2013.

Inside the "Downloads" folder was a folder entitled "[Minor Victim's Name Redacted] 8 anos[1] peru." This folder contained 95 combined images and videos depicting child pornography. A description of some of these images follows:

    a. File Name: VID-20200313-WA0002.mp4; Created Date: 3/13/2020: A "selfie" style video depicting a prepubescent minor female, fully nude. The prepubescent female's genitals are the central focus of the video, and the child can be seen touching and spreading apart her genitalia throughout the video.

    b. File Name: IMG-20200323-WA0026.jpg; Created Date: 3/23/2020: This image depicts a prepubescent female standing in front of the camera, digitally penetrating her vagina.

Other folders, including one titled "[Minor Victim's Name Redacted] 01," contained 414 images and videos depicting child pornography, showing the sexual exploitation and abuse of prepubescent female minors who appear to be under the age of 12. Other folders contain images of minor females being orally and vaginally penetrated by adult men. BLANCO's MacBook Air also revealed that BLACNO used the Tor (the onion router) browser, which is designed for anonymous web surfing and the protection against traffic analysis by law enforcement. Tor browsers are known to law enforcement as place where illegal conduct occurs, including the sexual exploitation of children.

On August 22, 2023, images and videos from BLANCO's Macbook Air were sent to the National Center for Missing and Exploited Children's (NCMEC) Child Victim Identification

---

[1] Anos is Spanish and means years in English.

Program. The Child Identification Report listed 21 images and 17 video that depict minor victims who have been identified by law enforcement, and whose images are heavily traded by individuals with a sexual interest in children. A description of some of these images, which were found on BLANCO's MacBook Air follows:

   a. File Name: A7BFEAD5EF9303F9254E22F8D85A1B2.mp4: This video depicts a prepubescent female digitally penetrating her vagina with her finger and a toothbrush.

   b. File Name: 098B487CC1F3E6E9F65999DADF56EB70.mp4: This video depicts a prepubescent female placing her mouth on the penis of an adult man, and the adult man inserting his penis into the child's vagina.

   c. File Name: 2E797D0864BB50C6EA59AAEFA5F185F8.flv: This video depicts an adolescent female digitally penetrating her vagina.

Other videos and images contained on BLANCO's MacBook Air include the following:

   a. File Name: 19 (1).mp4: This video depicts a prepubescent female penetrating her vagina with a hairbrush.

   b. File Name: [Minor Victim's Name Redacted] Webcam 03.mp4: This video depicts a prepubescent female penetrating her vagina with her fingers. There are at least four additional video files with a similar naming convention depicting the same prepubescent female in various stages of undress.

   c. File Name: IMG_9092.jpg: This image depicts a prepubescent female penetrating her vagina with her fingers.

   d. File Name: [Minor Victim's Name Redacted]'s Hidden Treasure.mp4: This video depicts a prepubescent female penetrating her vagina with her fingers.

e. File Name: [Minor Victim's Name Redacted] 9yo[Minor Victim's Name Redacted] [Face see other vid] 03 2010 01m30s.wmv: This video depicts a prepubescent female penetrating her anus and vagina with a vibrating sex toy.

On or about and between October 13, 2022 and October 18, 2022, a forensic examiner with the United States Attorney's Office for the District of Columbia attempted to extract data from BLANCO's red Apple iPhone pursuant to a search warrant issued by the United States District Court for the District of Columbia. The extraction revealed that the iPhone had been fully wiped remotely, on April 6, 2022, one day after it was seized by American University Police. BLANCO, who was aware that his iPhone had been seized by law enforcement, wiped the iPhone in an effort to willfully obstruct or impede the administration of justice with respect to an ongoing investigation.

Respectfully,

MATTHEW D. GRAVES
UNITED STATES ATTORNEY

*Amy E. Larson*

Amy E. Larson
Paul V. Courtney
Assistant United States Attorneys

DEFENDANT'S ACKNOWLEDGMENT

I, Kyle Blanco, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/14/23

Kyle Blanco
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/14/23

Shawn Sukumar, Esq.
Attorney for Defendant