# EXHIBIT A

Your honor Judge Walton,

I would like to take the time to apologize for my actions to the victims and their families of child pornography and voyeurism.

To the three women and their families, I am sorry for recording videos of you using the bathroom.

To the 100s of child victims and their families, I am sorry for storing inappropriate videos and images of you in my computer.

And to my family, mom and dad I am sorry for the pain and suffering that I have caused you throughout these years.

Throughout these two years, I began to realize that my actions of viewing child pornography brought me into a path of destruction. I acknowledge that my actions are self destructive, dangerous, and inappropriate to the community. Pornography has inhibited my decision making skills and has lead me into engaging in criminal behavior, video voyeurism, and child pornography. Since the beginning of my case, I have been receiving therapy to be treated for my actions.

I have sacrificed my education in American University, the time I spend with my family, and importantly, my mental health. I want to ask forgiveness to God, for what I did to my victims and my family. My dad is suffering cancer and I gave my family more problems. I want to correct the wrong I did to my victim. I've been praying hard to God to correct my mistakes, give me wisdom and understanding to conduct myself faithfully in my options so I will not hurt anybody again. I'd serve the time I serve in prison and therapy to help my mental health. I ask God to help me get back to my family and school and give me another chance to serve my family and community.

Thank you for taking the time to listen, God bless you and have a good day.

Kyle Gabriel Blanco

