# EXHIBIT F

November 19, 2023

The Honorable Judge Reggie Barnett Walton

Dear Judge Walton,

We are writing this letter to request for leniency and compassion for our nephew Kyle Blanco.

Kyle was raised by hardworking and God-fearing parents, Babette and Clarence. They showered him with love and affection, and helped him with all that they could offer and afford. When the couple are at work, Kyle would be left under the care of his loving-grandparents who nurtured him to be a good person. He was always that adorable little boy who played normally like other kids.

Babette and Clarence would most of the time find time to be with Kyle at home and bring him to the beautiful places for summer vacations. My wife and I witnessed Kyle growing up in Orlando, Florida when we were there staying with them for a several months and even during vacations. He is a loving, thoughtful and caring person with parents whose only desire was for him to have a bright future.

It is our fervent prayer for your compassion, kindness and generosity of heart to our nephew, Kyle Blanco.

Respectfully yours,

Oscar and Nanette Del Rosario